**CYGNUS CORPORATION, INC.,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Professional and Scientific Associates, Inc., Defendant.**

No. 2006–5130.

United States Court of Appeals,
Federal Circuit.

June 7, 2007.

---

\* Honorable James F. Holderman, Chief Judge, United States District Court for the Northern

Before SCHALL and BRYSON, Circuit Judges, and HOLDERMAN, Chief Judge.\*

### *Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.